# United States District Court for the Northern District of Illinois

Case Number: 08CV2888            Assigned/Issued By: DAJ

Judge Name: MANNING            Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00     [ ] $5.00
               [ ] IFP        [ ] No Fee     [ ] Other _____
               [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2787740

Date Payment Rec'd: 05/19/08       Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 05/19/08 as to DEF. _____

C:\wpwin80\docket\feeinfo.frm     03/14/05