IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> EINFELDT CONSTRUCTION, INC. an Illinois corporation <br><br> Defendants. | No. 08 C 2888 <br><br> Judge Manning <br><br> Magistrate Judge Cole |

NOTICE OF DISMISSAL

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUND, Plaintiffs

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated:   May 29, 2008