IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>    Plaintiff,<br><br>v.<br><br>EINFELDT CONSTRUCTION, INC.<br>an Illinois corporation<br><br>    Defendants. | No. 08 C 2888<br><br>Judge Manning<br><br>Magistrate Judge Cole |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   EINFELDT CONSTRUCTION, INC.,
      an Illinois corporation
      c/o Its Registered Agent
      Brunetta Einfeldt
      1501 Sir Lancelot
      Bourbonnais, Illinois  60914

   PLEASE TAKE NOTICE that on May 29, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1.   Notice of Dismissal.

a copy of which is attached hereto and served upon you.

                    TRUSTEES OF THE SUBURBAN TEAMSTERS
                    OF NORTHERN ILLINOIS WELFARE AND
                    PENSION FUNDS

                    s/John J. Toomey
                    ARNOLD AND KADJAN
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    Telephone No.: (312) 236-0415
                    Facsimile No.: (312) 341-0438
                    Dated: May 29, 2008

CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

                EINFELDT CONSTRUCTION, INC.,
                    an Illinois corporation
                   c/o Its Registered Agent
                      Brunetta Einfeldt
                      1501 Sir Lancelot
                Bourbonnais, Illinois  60914

                                s/John J. Toomey
                                ARNOLD AND KADJAN
                                19 W. Jackson Blvd., Suite 300
                                Chicago, IL 60604
                                Telephone No.:  (312) 236-0415
                                Facsimile No.:   (312) 341-0438
                                Dated:  May 29, 2008