# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2888 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Trstees of the Suburban Teamsters, et al vs. Einfeldt Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiffs' Notice of Dismissal, filed on 5/29/2008, this case is hereby dismissed. All costs having been paid. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

Case 1:08-cv-02888 Document 8 Filed 09/05/2008 Page 1 of 1

08C2888 Trstees of the Suburban Teamsters, et al vs. Einfeldt Construction, Inc. Page 1 of 1